AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\***** DISTRICT OF NEVADA

STEPHEN A. BLAISDELL,

      Plaintiff,                JUDGMENT IN A CIVIL CASE

V.

                                    CASE NUMBER: **3:07-CV-00437-KJD-RAM**

DORLA SALLING, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for failure to state a claim upon which relief can be granted.

   January 3, 2008                              **LANCE S. WILSON**
                                                            Clerk

                                                         /s/ Daniel R. Morgan
                                                           Deputy Clerk